UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Watson Music Group, LLC. d/b/a Quadrasound Music,<br><br>Plaintiff,<br><br>v.<br><br>Dayglo Ventures LLC and Brooklyn Bowl Las Vegas LLC,<br><br>Defendants. | Case No: 1:24-cv-08784-AKH |

## NOTICE OF SETTLEMENT

Now comes the Plaintiff Watson Music Group, LLC. d/b/a Quadrasound Music by and through counsel, to provide notice to the Court that the parties have reached a tentative resolution of all claims between the parties, and states:

1. Upon finalization of the terms of resolution, Plaintiff will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and will therein request that the case be dismissed and closed.

2. Plaintiff respectfully requests that the Court stay this case and adjourn all deadlines and conferences.

3. Plaintiff further requests the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of resolution have been finalized.

DATED: February 12, 2025

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 45 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein, U.S.D.J.
Date: 2/13/2025

SANDERS LAW GROUP

By: /s/ Joshua D. Vera
Joshua D. Vera, Esq.

1

333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group
*Attorneys for Plaintiff*